FILED

08 JAN 28 AM 11:00

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Godfrey, Gabriel
          Plaintiff,

vs.

LTF – Soledad
          Defendant.

CASE NO. CV 08 00638 WHA

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, _____, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: __N/A__     Net: __N/A__

Employer: __N/A__

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____N/A_____
5  _____
6  _____
7  2.    Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9        a.    Business, Profession or                Yes ____ No ✓
10             self employment
11       b.    Income from stocks, bonds,             Yes ____ No ✓
12             or royalties?
13       c.    Rent payments?                         Yes ____ No ✓
14       d.    Pensions, annuities, or                Yes ____ No ✓
15             life insurance payments?
16       e.    Federal or State welfare payments,     Yes ____ No ✓
17             Social Security or other govern-
18             ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____N/A_____
22  _____
23  3.    Are you married?                            Yes ____ No ✓
24  Spouse's Full Name: _____N/A_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $___N/A_____  Net $___N/A_____
28  4.    a.    List amount you contribute to your spouse's support:$ ___N/A___

PRIS. APP. TO PROC. IN FORMA PAUPERIS                - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2      support and indicate how much you contribute toward their support. (NOTE:
3      For minor children, list only their initials and ages. DO NOT INCLUDE
4      THEIR NAMES.).
5      __N/A_____
6      _____
7  5.  Do you own or are you buying a home?  Yes ___ No ✓
8  Estimated Market Value: $ N/A  Amount of Mortgage: $ N/A
9  6.  Do you own an automobile?  Yes ___ No ✓
10 Make N/A  Year N/A  Model N/A
11 Is it financed? Yes ___ No ✓  If so, Total due: $ N/A
12 Monthly Payment: $ N/A
13 7.  Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: N/A
15 _____
16 Present balance(s): $ N/A
17 Do you own any cash? Yes ___ No ✓ Amount: $ N/A
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20 N/A
21 8.  What are your monthly expenses?
22 Rent: $ N/A  Utilities: N/A
23 Food: $ N/A  Clothing: N/A
24 Charge Accounts:
25 Name of Account       Monthly Payment       Total Owed on This Acct.
26 N/A                  $ N/A                 $ N/A
27 N/A                  $ N/A                 $ N/A
28 N/A                  $ N/A                 $ N/A

9. Do you have any other debts? (List current obligations, indicating amounts and to whom they are payable. Do not include account numbers.)

N/A

10. Does the complaint which you are seeking to file raise claims that have been presented in other lawsuits? Yes ___ No ✓

Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in which they were filed.

N/A

I consent to prison officials withdrawing from my trust account and paying to the court the initial partial filing fee and all installment payments required by the court.

I declare under the penalty of perjury that the foregoing is true and correct and understand that a false statement herein may result in the dismissal of my claims.

x 1-15-08                                    x [signature]
DATE                                         SIGNATURE OF APPLICANT

Case Number: _____

# CERTIFICATE OF FUNDS

## IN

## PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of _Gabriel Godfrey_ for the last six months
[prisoner name]
_CTF – Soledad_ where (s)he is confined.
[name of institution]
I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ _00 ⁰⁰_ and the average balance in the prisoner's account each month for the most recent 6-month period was $ _00 ⁰⁰_.

Dated:_____                    _____
                                      [Authorized officer of the institution]