FILED
08 FEB 19 PM 1:18

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

NC/

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

G. Godfrey, Plaintiff,

vs.

State of California, Defendant.

CASE NO. CV 08 00638 WHA

PRISONER'S APPLICATION TO PROCEED IN FORMA PAUPERIS

I, G. Godfrey, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1.  Are you presently employed? Yes ____ No ✓

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____ Net: _____

Employer: _____

_____

PRIS. APP. TO PROC. IN FORMA PAUPERIS                    - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received.  (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  I've never had a job due to my seizure
5  condition
6  
7  2.    Have you received, within the past **twelve (12) months**, any money from any of the
8  following sources:
9     a.   Business, Profession or                Yes ___  No ✓
10         self employment
11    b.   Income from stocks, bonds,              Yes ___  No ✓
12         or royalties?
13    c.   Rent payments?                          Yes ___  No ✓
14    d.   Pensions, annuities, or                 Yes ___  No ✓
15         life insurance payments?
16    e.   Federal or State welfare payments,       Yes ___  No ✓
17         Social Security or other govern-
18         ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____ N|A _____
22  
23  3.    Are you married?                         Yes ___  No ✓
24  Spouse's Full Name: _____
25  Spouse's Place of Employment: _____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____ Net $_____
28  4.    a.    List amount you contribute to your spouse's support:$ _____

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  _____N/A_____
6  _____

7  5.  Do you own or are you buying a home?   Yes ___ No ✓
8  Estimated Market Value: $_____ Amount of Mortgage: $_____
9  6.  Do you own an automobile?   Yes ___ No ✓
10 Make _____ Year _____ Model _____
11 Is it financed? Yes ___ No ___ If so, Total due: $ _____
12 Monthly Payment: $ _____
13 7.  Do you have a bank account?  Yes ___ No ✓ (Do not include account numbers.)
14 Name(s) and address(es) of bank: _____
15 _____
16 Present balance(s): $ _____
17 Do you own any cash? Yes ___ No ✓ Amount: $ _____
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___ No ✓
20 _____

21 8.  What are your monthly expenses?
22 Rent: $ _____ Utilities: _____
23 Food: $ _____ Clothing: _____
24 Charge Accounts:

25 Name of Account          Monthly Payment          Total Owed on This Acct.
26 _____               $_____              $_____
27 _____               $_____              $_____
28 _____               $_____              $_____

1  9.   Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do <u>not</u> include account numbers.)
3  ___I have const debts_____
4  _____
5  10.  Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___   No ✓
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in
8  which they were filed.
9  _____
10 _____
11       I consent to prison officials withdrawing from my trust account and paying to the court
12 the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14 understand that a false statement herein may result in the dismissal of my claims.
15
16 ___2-14-08___                    ___[signature]___
17     DATE                         SIGNATURE OF APPLICANT

1
2                                                              Case Number: CV 08 00638
3
4
5
6
7
8                              **CERTIFICATE OF FUNDS**
9                                          **IN**
10                              **PRISONER'S ACCOUNT**
11
12          I certify that attached hereto is a true and correct copy of the prisoner's trust account
13   statement showing transactions of _____N/A_____ for the last six months
                                              [prisoner name]
14   __C.T.F. Soledad__ where (s)he is confined.
         [name of institution]
15          I further certify that the average deposits each month to this prisoner's account for the
16   most recent 6-month period were $ __N/A__ and the average balance in the prisoner's
17   account each month for the most recent 6-month period was $__N/A__.
18
19   Dated:_____              _____
                                          [Authorized officer of the institution]
20
21
22
23
24
25
26
27
28

- 5 -