RECEIVED

FILED

FEB 2 0 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

To: whom this may concern

I receive my civil case # CV 08 00638 (wha) a few weeks ago the reason for this letter is many reasons so I'll go into the most important since I file a civil case Soledad staff have ask me not to mention certain situations I've saw since I been here now understand me I really need to speak with someone A.S.A.P please so if there is someone you can send to speak wit me I will vicfuly appreciate it. Since I have no family in my life this place the call a Prison treat you any kind of way once I speak with someone face to face youill find out why they have no rights in Soledad this place do what they want and don't care what anyone says so please understand theres so much I can't say in this letter.

I file this civil case because even though I'm in Prison I have rights but also these case so much I need to speak to someone about it's serious please take into consideration this has to been speak about quickly as possible I think you know how Prison works once they know you about to open doors that should remain close they treat you bad as ever I've saw it many times Hopefully you get this letter so soon as you get time send somebody to talk to me or write me so I'll know this has got to your office.

Sincerely,
Ms. Godfrey

Gabriel Godfrey
P.O. Box 705
Soledad, CA
93960-0705

P.S.
Let's do something
right we are human
beings nomatter what.



Gabriel Godfrey. T 62206
P.O. Box 705
Soledad, CA
93960-0705
UB-106

SAN JOSE CA 951

19 FEB 2008 PM 2 T

TO: Office of the Clerk
U.S. District Court
Northern District of California
450 Golden Gate Ave
San Francisco, Cali          94108

"Emergency"

" Seriously

94102+3641