IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIEL GODFREY, | No. C 08-0638 WHA (PR) |
| Plaintiff, | **ORDER OF DISMISSAL** |
| v. | |
| SOLEDAD-CTF NORTH FACILITY, | |
| Defendant. | |

This is a civil rights action filed pro se by a prisoner. The court notified plaintiff that his application to proceed in forma pauperis ("IFP") was deficient because page five, the "Certificate of Fund in Inmate Account," was not signed, and because he had failed to include a copy of his prisoner trust account statement as required by 28 U.S.C. § 1915(a)(2). Plaintiff was informed that the case would be dismissed if he did not either pay the fee or remedy the IFP deficiency within thirty days.

Plaintiff has filed another application to proceed IFP, but it suffers from exactly the same defects. Leave to proceed in forma pauperis (document number 2 on the docket) therefore is **DENIED**. This case is **DISMISSED** without prejudice. *See* Fed. R.Civ.P. 41(b). The clerk shall close this file.

**IT IS SO ORDERED.**

Dated: February  28 , 2008.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\GODFREY0638.DSM.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL GODFREY,

        Plaintiff,

  v.

SOLEDAD et al,

        Defendant.

Case Number: CV08-00638 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriel Godfrey
T-62906/ LB-106up
Correctional Training Facility
PO Box 705
Soledad, CA 93960-0705

Dated: February 28, 2008

                                    Richard W. Wieking, Clerk
                                    By: D. Toland, Deputy Clerk