IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

GABRIEL GODFREY,      No. C 08-0638 WHA (PR)

    Plaintiff,      **JUDGMENT**

  v.

SOLEDAD-CTF NORTH FACILITY,

    Defendant.
                                   /

The court has dismissed this prisoner in forma pauperis complaint. A judgment of dismissal without prejudice is entered in favor of defendants. Plaintiff shall take nothing by way of his complaint.

**IT IS SO ORDERED.**

Dated: February  26 , 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

G:\PRO-SE\WHA\CR.08\GODFREY0638.JUD.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

GABRIEL GODFREY,

        Plaintiff,

  v.

SOLEDAD et al,

        Defendant.

Case Number: CV08-00638 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on February 28, 2008, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Gabriel Godfrey
T-62906/ LB-106up
Correctional Training Facility
PO Box 705
Soledad, CA 93960-0705

Dated: February 28, 2008

                                        Richard W. Wieking, Clerk
                                        By: D. Toland, Deputy Clerk