Judge William Alsup

08-638 WHA

I really need to speak with someone from your office A.S.A.P my life depends on this I will write everyday so please understand this is serious. Judge I have been close mouth for a long time and I'm not safe nomore I think its time I let someone know how C.T.F Soledad really is like because this Prison don't play by the book at all with that being said I'm really having a hard time since I filed a civil case the staff member's call me all kind of names they threat me

now because of my situation only thing I can do is sit there scare but now I talk to someone about all this they advise me to file a civil case I did and somehow I mess up because I don't know how to send that again but Judge now please send someone down here to talk to me face to face that way my voice will be clear Judge I seriously need help I know you understand that inside Prison when you know to much about staff and C/O's you are label please know once I talk to someone face to face you'll be shock to

hears all this has been going on then I think you'll see why I been keeping my mouth close Judge I have every persons name involved Cpts, LT's, Sgts, CO's I will hold nothing back so please send somebody to talk to me ASAP? I will write everyday until someone comes down here to speak to me I highly appreciate you taking the time to read my letter Thank You from the heart.

Sincerely,
Mr. Godfrey
T62906
Gabriel Godfrey
P.O. Box 705
Soledad, CA
93960-0705

Cordriel Godfrey - T 69906
P.O. Box 705
Soledad, CA 93960-0705
LB-106

To: Judge William Alsup
Office of the Clerk, U.S. District Court
450 Golden Gate Ave
San Francisco, CA 94102